FORTINET, INC., Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Trend Micro, Inc., Intervenor.

No. 06–1014.

United States Court of Appeals, Federal Circuit.

April 4, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

All pending motions are moot.